```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN WATSON,              )
     Petitioner,           )
                           )
         v.                )   Civil Action No. 12-299
                           )     (Criminal No. 06-171)
UNITED STATES OF AMERICA,  )
     Respondent.           )
```

ORDER

AND NOW, this 12th day of March, 2012, the Court, having received petitioner's motion to vacate [document #61 at Criminal No. 06-171], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before April 9, 2012.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before April 24, 2012.

```
                          BY THE COURT:


                          s/Gary L. Lancaster        ,C.J.
                          Hon. Gary L. Lancaster,
                          Chief United States District Judge

 cc:   Kevin Watson, #08903-068
       FCI-Bastrop
       P.O. Box 1010
       Bastrop, TX 78602

       Craig W. Haller,
       Assistant United States Attorney
```