IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
        v.                          )   Criminal No. 06-171
                                    )   (Related to C.A. 12-299)
KEVIN WATSON (USM#08903068),        )
        Defendant.                  )

## ORDER

AND NOW, this 14th day of June, 2012, IT IS HEREBY ORDERED that the judgment and commitment order, imposed July 20, 2007 [document #56], is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 90 months. This term shall consist of 60 months of incarceration at Count 1 and 90 months at Count 3, with both terms running concurrently."

All other terms of the court's sentence shall remain in full force and effect.

IT IS FURTHER ORDERED that the pleadings at documents #61, 65, 66 and 72 shall be placed under seal.

IT IS FURTHER ORDERED that all pending motions are DENIED as moot, and the Clerk of Court shall close Civil Action No. 12-299.

BY THE COURT

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record

      United States Marshal

      United States Probation

      United States Bureau of Prisons